1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11

MOLINA HEALTHCARE, INC., a
California corporation; and
VINOD MOHAN, an individual,

Plaintiffs,

v.

ELEVANCE HEALTH, INC., an
Indiana corporation,

Defendant.

Case No. 2:23-cv-07417-AB-JC

**ORDER DENYING EMERGENCY
MOTION FOR STAY [Dkt. No. 13],
GRANTING APPLICATION FOR
TEMPORARY RESTRAINING
ORDER [Dkt. No. 5], and ENTERING
TEMPRORARY RESTRAINING
ORDER AND ORDER TO SHOW
CAUSE RE PRELIMINARY
INJUNCTION**

18
19
20
21
22
23
24
25
26
27
28

Before the Court is an Application for Temporary Restraining Order ("TRO,"
Dkt. No. 5), filed by Plaintiffs MOLINA HEALTHCARE, INC., and VINOD
MOHAN ("Plaintiffs") on September 7, 2023. Defendant ELEVANCE HEALTH,
INC. ("Defendant") did not file a substantive opposition to the TRO, and instead filed
an Emergency Motion to Stay All Proceedings ("Motion to Stay," Dkt. No. 13). The
Motion to Stay is **DENIED** as procedurally improper for the reasons stated in
Plaintiffs' Opposition (Dkt. No. 16) thereto and in the Court's Notice of Deficiency
(Dkt. No. 21). The Motion to Stay is also **DENIED** on its merits in light of Judge
Dinsmore's determination in the parallel Indiana Action *Elevance Health, Inc. v.
Vinod Mohan*, Case No. 1:23-cv-01497-SEB-MJD, that the purported "agreement" on

which the Motion for Stay rests does not exist because there was no meeting of the minds. *See* Indiana Action Dkt. No. 33. In its Notice of Impending Status Conference (Dkt. No. 19) informing this Court of the September 14 hearing before Judge Dinsmore, Defendant stated that it opposed the Court granting the TRO for the reasons stated in the Motion for Stay. But the Motion for Stay is denied, and Defendant filed no substantive opposition to the TRO. Accordingly, the TRO is unopposed. The Court also finds that the TRO is facially meritorious. Accordingly, the TRO is **<u>GRANTED</u>** as unopposed and on the merits.

**TO DEFENDANT ELEVANCE HEALTH, INC. AND ITS COUNSEL OF RECORD:**

YOU ARE HEREBY ORDERED TO SHOW CAUSE at **<u>10:00 a.m., on Tuesday September 26, 2023</u>**, in the courtroom of the Honorable André Birotte Jr., Courtroom 7B, located at 350 W. 1st Street, Suite 4311, Los Angeles, CA 90012, why you, your officers, agents, servants, employees and attorneys and all those in active concert or participation with you or them should not be restrained and enjoined pending trial of this action from:  Enforcing or seeking to enforce any and all Indiana forum selection and choice-of-law provisions, non-competition provisions, and customer non-solicitation provisions (which are *de facto* non-competition provisions) contained in Ms. Mohan's employment agreements ("Agreements," as that term is defined in the Complaint) with Elevance Health, Inc.

PENDING HEARING on the above Order to Show Cause, you, your officers, agents, servants, employees and attorneys and all those in active concert or participation with you or them ARE HEREBY RESTRAINED AND ENJOINED from:

1.    Enforcing or seeking to enforce any and all Indiana forum selection provisions contained in Ms. Mohan's Agreements with Elevance Health, Inc.

2.

2.  Enforcing or seeking to enforce any and all Indiana choice-of-law provisions in Ms. Mohan's Agreements with Elevance Health, Inc.

3.  Enforcing or seeking to enforce any and all non-competition provisions in Ms. Mohan's Agreements with Elevance Health, Inc.

4.  Enforcing or seeking to enforce any and all customer non-solicitation provisions contained in Ms. Mohan's Agreements with Elevance Health, Inc.

The above Temporary Restraining Order is effective immediately.

This Order to Show Cause and supporting papers must be served on Defendant **immediately but no later than September 16, 2023**, and proof of service must be filed by September 18, 2023.

Any response or opposition to this Order to Show Cause must be filed and personally served on Plaintiffs' counsel **by 5:00 p.m. PST on Wednesday September 20, 2023**, and proof of service must be filed by September 21, 2023.

Any reply to any response/opposition must be filed **by 5:00 p.m. PST on Friday September 22, 2023**, and proof of service must be filed by September 25, 2023.

**IT IS SO ORDERED.**

Dated: September 15, 2023

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

3.