**KING & SPALDING LLP**
QUYEN L. TA (SBN 229956)
  *qta@kslaw.com*
JEANNE A. FUGATE (SBN 236341)
  *jfugate@kslaw.com*
ARWEN R. JOHNSON (SBN 247583)
  *arwen.johnson@kslaw.com*
LENNETTE W. LEE (SBN 263023)
  *llee@kslaw.com*

50 California Street
Suite 3300
San Francisco, CA  94111
Telephone:   (415) 318-1200
Facsimile:   (415) 318-1300

633 West Fifth Street
Suite 1600
Los Angeles, CA
90071
Telephone:  (213) 443-4355
Facsimile:   (213) 443-4310

Attorneys for Plaintiffs
MOLINA HEALTHCARE, INC.
and VINOD MOHAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLINA HEALTHCARE, INC., a California corporation; and VINOD MOHAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ELEVANCE HEALTH, INC., an Indiana corporation<br><br>Defendant. | Case No. 2:23-cv-07417-AB-JC<br><br>**NOTICE OF ANTICIPATED SETTLEMENT AND REQUEST TO VACATE NOVEMBER 6, 2023 HEARING AND STAY ALL FUTURE DEADLINES**<br><br>[L.R. 40-2] |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Molina Healthcare, Inc. and Vinod Mohan and Defendant Elevance Health, Inc., by and through their respective counsel of record, hereby submit this Notice of Anticipated Settlement pursuant to L.R. 40-2 to inform the Court that the parties have reached an agreement to settle this case. In light of the parties' pending settlement, the parties hereby request that the Court vacate the November 6, 2023 Show Cause Hearing and stay all future deadlines in this action. The purpose of the stay is to allow the parties to finalize drafting the settlement agreement and obtain necessary signatures.

Once the settlement documents have been finalized and executed, the parties will file their stipulation of dismissal.

///

///

1

2
Respectfully submitted,

DATED:  November 2, 2023     KING & SPALDING LLP

3

4

By:  /s/ Quyen L. Ta

5
QUYEN L. TA

6
JEANNE A. FUGATE
ARWEN R. JOHNSON

7
LENNETTE W. LEE

8

9
Attorneys for MOLINA HEALTHCARE, INC.
and VINOD MOHAN

10

11
DATED:  November 2, 2023     FROST BROWN TODD LLP

12

13

By:  /s/ Kevin Day

14
JONATHAN WERNER
KEVIN DAY

15

16
Attorneys for ELEVANCE HEALTH, INC.

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF ANTICIPATED SETTLEMENT

1

## **RULE 5-4.3.4(a)(2) ATTESTATION**

2

I, Quyen L. Ta, attest that all signatories listed herein, and on whose behalf this

3

filing is submitted, concur in this filing's content and have authorized this filing.

4

5                                          By:   /s/ Quyen L. Ta

6                                                QUYEN L. Ta

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28