JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLINA HEALTHCARE, INC., a California corporation; and VINOD MOHAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ELEVANCE HEALTH, INC., an Indiana corporation,<br><br>Defendant. | Case No. 2:23-cv-07417-AB-JC<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled. The Court commends the parties.

All dates and hearings are **VACATED**. The Court **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: November 3, 2023

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.